CIVIL, CLOSED

## U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CIVIL DOCKET FOR CASE #: 2:06-cv-02776-MCE-DAD
## Internal Use Only

| | |
|---|---|
| Hornsby, et al v. Merck & Company, Inc., et al | Date Filed: 12/07/2006 |
| Assigned to: Judge Morrison C. England, Jr | Date Terminated: 06/28/2007 |
| Referred to: Magistrate Judge Dale A. Drozd | Jury Demand: Defendant |
| Cause: 28:1441 Petition for Removal- Personal Injury | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**Lois Hornsby**                        represented by **Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Hornsby**                      represented by **Alissa S. Holt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Company, Inc.**               represented by **Kevin Michael Hara**
Reed Smith LLP (Oakland)
1999 Harrison Street
Suite 2400
PO Box 2084
Oakland, CA 94612-2084
(510) 466-6761
Fax: (510) 273-8832
Email: khara@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**               represented by **Kanika D. Corley**
Morris Polich and Purdy
1055 West Seventh Street
24th Floor
Los Angeles, CA 90017
(213) 891-9100
Fax: (213) 488-1178
Email: kcorley@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Corporation**     represented by **Kanika D. Corley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**                       represented by **Peter Edward Schnaitman**
Tucker Ellis and West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475
213-430-3400
Email:
peter.schnaitman@tuckerellis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
Tucker Ellis & West
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017
213-430-3400

Fax: 213-430-3409
Email: tae.kim@tuckerellis.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**

represented by **Peter Edward Schnaitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**G. D. Searle LLC**

represented by **Peter Edward Schnaitman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tae-Yoon Kim**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2006 | ◑1 | NOTICE of REMOVAL *of action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet) (Hara, Kevin) (Entered: 12/07/2006) |
| 12/07/2006 | ◑2 | NOTICE 1 by *defendants Pfizer Inc., Pharmacia Corporation, and G. D. Searle LLC's Consent to Removal Of Action under 28 U.S.C. Section 1441(B)* (Hara, Kevin) Modified on 12/8/2006 (Marciel, M). (Entered: 12/07/2006) |
| 12/07/2006 | ◑3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093;* |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | *2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; and 2:06-cv-02768* (Hara, Kevin) (Entered: 12/07/2006)                                                                                                                          |
| 12/07/2006 |     | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of \$350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/07/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 12/07/2006 | 4   | (Court only) PROCESS CREDIT CARD (Marciel, M) (Entered: 12/08/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                           |
| 12/08/2006 | ❑   | RECEIPT number 201 13276 of \$350 for filing fee by attorney Kevin Hara. (Marciel, M) (Entered: 12/08/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                   |
| 12/08/2006 | ❑5  | CIVIL NEW CASE DOCUMENTS ISSUED (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Marciel, M) (Entered: 12/08/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 12/11/2006 | ❑6  | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. (Hara, Kevin) (Entered: 12/11/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 12/12/2006 | ❑7  | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/12/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                          |
| 12/12/2006 | ❑8  | CERTIFICATION and NOTICE of Interested Parties by McKesson Corporation. (Corley, Kanika) Modified on 12/13/2006 (Krueger, M). (Entered: 12/12/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            |
| 12/21/2006 | ❑9  | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen (Drug) Corporation. Attorney Kanika D. Corley added. (Corley, Kanika) Modified on 12/22/2006 (Krueger, M). (Entered: 12/21/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                     |
| 12/21/2006 | ❑10 | ANSWER to COMPLAINT with Jury Demand by Pfizer Inc., Pharmacia                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |

| | | Corporation, and G.D. Searle LLC. Attorney Tae-Yoon Kim added. (Kim, Tae-Yoon) Modified on 12/22/2006 (Krueger, M). (Entered: 12/21/2006) |
|---|---|---|
| 12/22/2006 | ●11 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 01/08/2007 | ●12 | MOTION to REMAND *to the Superior Court of California, County of Los Angeles, JCCP 4247* by Lois Hornsby, Howard Hornsby. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (McNeil, Andrea) Modified on 1/26/2007 (Donati, J). (Entered: 01/08/2007) |
| 01/08/2007 | ●13 | MEMORANDUM/RESPONSE in SUPPORT re 12 MOTION to REMAND *to the Superior Court of California, County of Los Angeles, JCCP 4247*. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | ●14 | DECLARATION of Andrea J. McNeil in SUPPORT OF re 12 MOTION to REMAND *to the Superior Court of California, County of Los Angeles, JCCP 4247*. (Attachments: # 1 Exhibit A-E)(McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | ●15 | PROPOSED ORDER re 14, 12 MOTION to REMAND *to the Superior Court of California, County of Los Angeles, JCCP 4247*, 13 Memorandum/Response in Support of Motion by Lois Hornsby, Howard Hornsby. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/11/2007 | ●16 | MOTION to STAY *all proceedings pending a decision on transfer* by Merck & Company, Inc.. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Attachments: # 1 Declaration Of K. M. Hara# 2 Exhibits A-E# 3 Exhibits F-I# 4 Proposed Order)(Hara, Kevin) Modified on 1/12/2007 (Yin, K). Modified on 1/17/2007 (Marciel, M) (Entered: 01/11/2007) |
| 01/15/2007 | ●17 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | ●18 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/17/2007 | ●19 | OPPOSITION to 16 MOTION to STAY *all proceedings pending a decision on transfer*. (Attachments: # 1 Declaration Andrea J. McNeil # 2 Exhibit A-F # 3 Exhibit G-I)(McNeil, Andrea) Modified on 1/18/2007 (Marciel, M). (Entered: 01/17/2007) |

| 01/25/2007 | ❏20 | MEMORANDUM/RESPONSE by Pfizer Inc. in Opposition to 12 Motion to Remand. (Kim, Tae-Yoon) Modified on 1/26/2007 (Donati, J). (Entered: 01/25/2007) |
|---|---|---|
| 01/25/2007 | ❏21 | DECLARATION of Tae-Yoon Kim in Support of 20 Memorandum. (Kim, Tae-Yoon) Modified on 1/26/2007 (Donati, J). (Entered: 01/25/2007) |
| 01/26/2007 | ❏22 | MEMORANDUM in OPPOSITION to 12 Motion to Remand. (Attachments: # 1 Declaration of Kevin M. Hara # 2 Exhibits A - H to Decl. # 3 Exhibits I - L to Decl. # 4 Exhibits M - S to Decl. # 5 Declaration of Gregory S. Yonko # 6 Declaration of Leonardo DeCandia) (Hara, Kevin) Modified on 1/29/2007 (Krueger, M). (Entered: 01/26/2007) |
| 01/30/2007 | ❏23 | MINUTE ORDER: (TEXT ONLY ENTRY) Defendants' 16 Motion to Stay and Plaintiffs' 12 Motion to Remand are MOOT in light of the Conditional Transfer Order from Multidistrict Litigation Panel- No. 1657 and 1699, filed on 1/25/07, CTO-82 and CTO-51. The hearing on the motions set for 2/12/07 are VACATED. If it becomes necessary to have the motions heard at a later date the parties may file an amended notice of hearing resetting the motions on the court's civil calendar. Approved by Judge Morrison C. England Jr. on 1/30/07. (Souvannarath, A) (Entered: 01/30/2007) |
| 04/04/2007 | ❏24 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/04/2007) |
| 06/28/2007 | ❏25 | MDL ORDER CASE TRANSFERRED to Northern District of California, (S.F.) MDL #05-1699. Electronic case file, transfer order, and docket sheet sent. CASE CLOSED (Reader, L) (Entered: 06/28/2007) |